

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GALE C. HUTCHINSON, JR., | § | |
| | | No. 08-15-00140-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 191st District Court |
| FARMERS INSURANCE, FREDIE J. | § | |
| WORTHEY A/K/A FRED J. | | of Dallas County, Texas |
| WORTHEY, FRED WORTHEY | § | |
| INSURANCE AGENCY, JUSTIN | | (TC# DC-14-07429) |
| JAMES WORTHEY, WIA AND | § | |
| ASSOCIATES, LLC, BRENDA | | |
| WORTHEY, AND LISA SMITH, | § | |
| | | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF MAY, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.